IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JULIE A. JIMERSON-GONZALES,

        Plaintiff,

    v.

NAN SILVER et al.,

        Defendants.

Civ. No. 1:16-cv-00911-CL

OPINION AND ORDER

MCSHANE, Judge:

Plaintiff brings this action against employees of the Oregon Department of Human services alleging interference with parental rights. Magistrate Judge Mark D. Clarke issued a Report and Recommendation on June 6, 2016, in which he recommended that this Court dismiss the complaint in its entirety. ECF No. 3. The matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

This Court reviews all portions of the Report and Recommendation subject to objection *de novo*. 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Bus. Machs. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Plaintiff timely filed objections. Upon review, this Court finds no error in Judge Clarke's Report and Recommendation, ECF No. 3.

As indicated in Judge Clarke's Report, Plaintiff's refusal to pay the filing fee and refusal to apply to proceed *in forma pauperis* are grounds for dismissal. *Rodriguez v. Cook*, 169 F.3d

1 – OPINION AND ORDER

1176, 1177 (9th Cir. 1999); 28 U.S.C. § 1914. Plaintiff's arguments to the contrary contained in her "Affidavits of Fact," and the printout of a bar publication on Oregon's legal system are unavailing. *See* ECF No. 5.

I adopt Judge Clarke's Report and Recommendation in full. This action is DISMISSED.

IT IS SO ORDERED.

DATED this __24__ day of June, 2016.

Michael J. McShane
United States District Judge

2 – OPINION AND ORDER